*Lynn A. Shinmoto, Esq., (SBN 94808)*
**DEVIRIAN & SHINMOTO**
**PROFESSIONAL CORPORATION**
11400 W. Olympic Blvd., Ste. 200
Los Angeles, California 90064

E-Mail: Lshinmoto@devshin.com
Telephone: (310) 312-9587
Facsimile:  (310) 286-1429

Attorneys for Use-*Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of ASSOCIATED READY MIXED CONCRETE, INC., a corporation,<br><br>    Use-Plaintiff,<br><br>  vs.<br><br>TOMMY ABBOTT & ASSOCIATES, INC., a corporation; SCARBOROUGH, an individual as Surety,<br><br>    Defendants. | Case No. CV 11-2698-JAK(MANx)<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

A Stipulation for Judgment having been signed by the parties in this action and filed with this Court, the Court hereby orders:

Judgment is hereby entered in favor of the Use-Plaintiff, ASSOCIATED READY MIXED CONCRETE, INC. and as against the defendant, EDMUND SCARBOROUGH in the **total amount of $159,155.03**.  This judgment includes principal in the sum of $103,913.77; service charges through March 15, 2012 in the sum of $23,591.26; attorneys' fees through the mediation in the sum of $29,900.00; attorneys' fees incurred after mediation in the sum of $1,200.00 and court costs in the sum of $550.00.

1 | Beginning on March 16, 2012, interest shall accrue on the total amount
2 | of the judgment ($159,155.03) at the rate of $43.60 per day (based on the
3 | legal rate of ten percent (10%) per annum) until the full amount of the
4 | judgment is received by ASSOCIATED READY MIXED CONCRETE, INC.
5 |
6 | ASSOCIATED READY MIXED CONCRETE, INC. shall be entitled
7 | to immediately take any steps it deems necessary to demand, seek and obtain
8 | payment of this judgment based on the Irrevocable Trust Receipt ("ITR")
9 | provided by EDMUND SCARBOROUGH as security for the performance of
10 | EDMUND SCARBOROUGH's obligations, as surety, on Bond
11 | #ABBOTTPP12172009A.  Said bond was provided to the United States Navy
12 | in connection with the construction project described as RV Park at Port
13 | Hueneme Naval Based located near Salsa and 10th Avenue in the City of Port
14 | Hueneme, County of Ventura, State of California.  Well Fargo Northwest,
15 | N.A., a national banking association, is the Indenture Trustee on said bond.
16 |
17 | Other than seeking payment of the judgment from the ITR described
18 | herein, ASSOCIATED READY MIXED CONCRETE, INC. is stayed until
19 | midnight on May 11, 2011 from taking any further steps to recover the
20 | amount of this Judgment.  If payment is not made on or before midnight of
21 | May 11, 2011, ASSOCIATED READY MIXED CONCRETE, INC. is
22 | entitled to use any legal means available to it to collect the full amount of the
23 | Judgment plus any accrued interest in this case.
24 | Dated:  April 5, 2012
25 |
26 | _____
27 | Honorable John A. Kronstadt
   | United States District Judge
28 |